■ MICHAEL D. SALAMONE, Appellant, v CHRIS-T L. SALAMONE, Respondent. (Appeal No. 2.) — Order unanimously reversed, without costs, and matter remitted to Supreme Court, Monroe County, for further proceedings, in accordance with same memorandum as in *Salamone v Salamone* (83 AD2d 778). (Appeal from order of Monroe Supreme Court, Siracuse, J. — custody, visitation.) Present — Dillon, P.J., Simons, Hancock, Jr., Doerr and Moule, JJ.